# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONALD A. BRYANT**                                          **PLAINTIFF**

v.                      **No. 4:13-cv-424-DPM**

**UNITED STATES OF AMERICA**                         **DEFENDANT**

## ORDER

Bryant has filed another case about his tax problems. *Bryant v. Internal Revenue Service*, 4:10-cv-1175-JLH (E.D. Ark. 2010); *Bryant v. Internal Revenue Service*, 4:10-cv-1978-BSM (E.D. Ark. 2010); *Bryant v. Texas Lottery Commission*, 4:10-cv-2039-SWW (E.D. Ark. 2010); *Bryant v. Texas Lottery Commission*, 4:11-cv-51-DPM (E.D. Ark. 2011); *Bryant v. United States of America*, 4:13-cv-00376-KGB (E.D. Ark. 2013). His motion to proceed *in forma pauperis*, № 1, is denied without prejudice because it is incomplete and murky. On screening, 28 U.S.C. § 1915A, Bryant's latest petition fails to state a claim. As best the Court can understand, Bryant is still trying to litigate issues decided against him with prejudice in the earlier cases. *Bryant v. Texas Lottery Commission*, 4:11-cv-51-DPM, № 3 (E.D. Ark., 16 March 2011). Case dismissed as frivolous. Motion, № 3, denied as moot.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

03 September 2013