# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DONALD A. BRYANT                                        PLAINTIFF

v.                      No. 4:13-cv-424-DPM

UNITED STATES OF AMERICA                     DEFENDANT

## JUDGMENT

The complaint is dismissed.

_____
D.P. Marshall Jr.
United States District Judge

03 September 2013